UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA                                                                                    PLAINTIFF

v.                                      No. 2:19-CV-02141

DUSTIN ZACHARY JORDAN, et al.                                                                     DEFENDANTS

## JUDGMENT

Pursuant to the opinion and order entered in this case on this date, it is ORDERED AND ADJUDGED that judgment is entered in favor of Defendant The Estate of Kathy Jordan in the amount of $54,109.00.

IT IS SO ADJUDGED this 6th day of October, 2020.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE